

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-72,632-04

### EX PARTE HECTOR ANZALDUA SANDOVAL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 98-CR-00000221-D IN THE 103RD DISTRICT COURT FROM CAMERON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of intoxication manslaughter and sentenced to twenty years' imprisonment. The Thirteenth Court of Appeals affirmed his conviction. *Sandoval v. State*, No. 13-98-00399-CR (Tex. App.—Corpus Christi Aug. 31, 1999) (not designated for publication).

Applicant contends that there was a conflict of interest between trial counsel and the former Cameron County District Attorney, his sentence was illegally ordered to run consecutively with a separate twenty-year sentence, and trial counsel failed to object to his sentences running

consecutively.

After independently reviewing the record, we deny Applicant's first ground. His second and third grounds are dismissed. *See* TEX. CODE CRIM. PROC. art. 11.07, § 4. Accordingly, this application is denied in part and dismissed in part.

Filed: August 21, 2019
Do not publish